JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SANTIAGO SANTOS RAMIREZ,

     Petitioner,

     v.

KRISTI NOEM, ETC., ET AL.,

     Respondents.

No. ED CV 26-2522-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that Respondents are ordered to release Petitioner (A 204-717-655) from detention immediately, on reasonable conditions.

DATED: June 3, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE